ROBERT L. GRAHAM (pro hac vice pending)
STEVEN M. SIROS (pro hac vice pending)
PATRICIA L. BOYE-WILLIAMS (pro hac vice pending)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone:  312 222-9350
Facsimile:  312 527-0484
Email:     PBoye-Williams@jenner.com

MARTIN L. FINEMAN (California State Bar No. 1044130)
JOSEPH E. ADDIEGO, III (California State Bar No. 1695220)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         martinfineman@dwt.com

Attorneys for Defendant
GE Commercial Finance Business Property Corporation

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA, INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI;, <br><br>Plaintiffs, <br><br>v. <br><br>GENERAL ELECTRIC CAPITAL ASSET FUNDING COPRORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50, inclusive, <br><br>Defendants. | **Case No. C05-2672 BZ** <br><br> **[PROPOSED] ORDER GRANTING APPPLICATION TO APPEAR PRO HAC VICE - ROBERT L. GRAHAM, STEPHEN M. SIROS AND PATRICIA L. BOYE-WILLIAMS** |

DAVIS WRIGHT TREMAINE LLP

1  The Court has considered the applications of Robert L. Graham, Steven M. Siros and
2  Patricia L. Boye-Williams to appear pro hac vice in the above-entitled matter. The applications
3  having met the requirements of L.R. 11-3, the applications are GRANTED. All papers filed by
4  the attorneys shall indicate appearance *pro hac vice*. Service of papers upon and communication
5  with co-counsel designated in the applications shall constitute notice to the party.

6  **IT IS SO ORDERED**.

8  Dated: July __5__, 2005

10  _____
    UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*

DAVIS WRIGHT TREMAINE LLP

2

PROPOSED ORDER PRO HAC VICE GRAHAM, SIROS, BOYE-WILLIAMS            SFO 270698v1 66757-2
Case No. C05-2672 BZ