| | |
|---|---|
| 1 | Gail E. Cohen (093210) |
| | David C. Park (123210) |
| 2 | BARGER & WOLEN LLP |
| | 633 West Fifth Street, 47th Floor |
| 3 | Los Angeles, California  90071 |
| | Telephone:  (213) 680-2800 |
| 4 | Facsimile:  (213) 614-7399 |

Attorneys for Defendants
American International Group, Inc. and
Commerce and Industry Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI, | CASE NO.: C 05 2672 SC |
| | Honorable Samuel Conti |
| | **STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| | [L.R. 6-1(a)] |
| Plaintiffs, | |
| vs. | Complaint Filed: June 1, 2005 |
| GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50, inclusive, | |
| Defendants. | |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

j:\office2\29073\059\05pleadings\usdc-stip to extend time2 respond_2.doc

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants American International Group, Inc. ("AIG") and Commerce and Industry Insurance Company ("CIIC") that AIG and CIIC will have up to and including September 1, 2005, in which to respond to Plaintiffs' Complaint in the above-captioned action. The enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

The reason for this Stipulation, to extend the time within which to answer or otherwise respond to the Complaint, is to allow the parties time to exchange documentation, to investigate the facts and to consider settlement proposals. The parties also wish to avoid any unnecessary law and motion and any waste of judicial resources.

Dated: August 2, 2005       BARGER & WOLEN LLP

By: _____
GAIL E. COHEN
DAVID C. PARK
Attorneys for Defendants American International Group, Inc. and Commerce and Industry Insurance Company

Dated: August ____, 2005    PEREZ & MILLER

By: _____
RICHARD L. PEREZ
Attorneys for Plaintiffs

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants American International Group, Inc. ("AIG") and Commerce and Industry Insurance Company ("CIIC") that AIG and CIIC will have up to and including September 1, 2005, in which to respond to Plaintiffs' Complaint in the above-captioned action. The enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

The reason for this Stipulation, to extend the time within which to answer or otherwise respond to the Complaint, is to allow the parties time to exchange documentation, to investigate the facts and to consider settlement proposals. The parties also wish to avoid any unnecessary law and motion and any waste of judicial resources.

Dated: August _____, 2005        BARGER & WOLEN LLP

                                  By: _____
                                      GAIL E. COHEN
                                      DAVID C. PARK
                                      Attorneys for Defendants American
                                      International Group, Inc. and
                                      Commerce and Industry Insurance
                                      Company

Dated: August ___, 2005           PEREZ & MILLER

                                  By: _____
                                      RICHARD L. PEREZ
                                      Attorneys for Plaintiffs

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]

-2-