1  Gail E. Cohen (093210)
   David C. Park (123210)
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendants
   American International Group, Inc. and
6  Commerce and Industry Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: C 05 2672 SC<br><br>Honorable Samuel Conti<br><br>**STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[L.R. 6-1(a)]<br><br>Complaint Filed: June 1, 2005<br><br>ORDER |

j:\office2\29073\059\05pleadings\usdc-stip to extend time2 respond_2.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants American International Group, Inc. ("AIG") and Commerce and Industry Insurance Company ("CIIC") that AIG and CIIC will have up to and including October 3, 2005, in which to respond to Plaintiffs' Complaint in the above-captioned action. The enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

The reason for this Stipulation, to extend the time within which to answer or otherwise respond to the Complaint, is that the parties are in serious settlement negotiations and believe that they are close to resolving this action. As a result, the parties wish to avoid any unnecessary law and motion and any waste of judicial resources.

Dated: September 1, 2005         BARGER & WOLEN LLP

                                 By: _____
                                    GAIL E. COHEN
                                    DAVID C. PARK
                                    Attorneys for Defendants American
                                    International Group, Inc. and
                                    Commerce and Industry Insurance
                                    Company

Dated: September 1, 2005         PEREZ & MILLER

                                 By: _____
                                    RICHARD L. PEREZ
                                    Attorneys for Plaintiffs

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 9/6/05]

-2-

STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT