| | |
|---|---|
| 1 | MARTIN L. FINEMAN (California State Bar No. 1044130) |
|   | JOSEPH E. ADDIEGO III (California State Bar No. 169522 |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | One Embarcadero Center, Suite 600 |
| 3 | San Francisco, CA 94111-3611 |
|   | Telephone: 415 276-6515 |
| 4 | Facsimile: 415 276-6599 |
|   | E-mail: martinfineman@dwt.com |
| 5 |         joeaddiego@dwt.com |
| 6 | ROBERT L. GRAHAM (*pro hac vice*) |
|   | STEVEN M. SIROS (*pro hac vice*) |
| 7 | PATRICIA L. BOYE-WILLIAMS (*pro hac vice*) |
|   | JENNER & BLOCK LLP |
| 8 | One IBM Plaza |
|   | Chicago, IL 60611 |
| 9 | Telephone: 312 222-9350 |
|   | Facsimile: 312 527-0484 |
| 10 | E-mail: rgraham@jenner.com |
|    |         ssiros@jenner.com |
| 11 |         pboye-williams@jenner.com |

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI, <br><br>      Plaintiffs, <br><br>      vs. <br><br>GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50 inclusive, <br><br>      Defendants. | CASE NO. C 05 2672 SC <br><br> Honorable Samuel Conti <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME IN WHICH PARTIES MAY MEET AND CONFER AND COMPLETE DISCLOSURES PURSUANT TO RULE 26(f) AND CONFER PURSUANT TO RULE 26(f) <br><br> [L.R. 6-1 (b) and 6-2] <br><br> Complaint Filed: June 1, 2005 |

Pursuant to Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, be modified as follows:

1. Each party shall have up to and including October 31, 2005 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and in which to file and serve ADR certification.

2. Each party shall have up to and including November 3, 2005 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by November 7, 2005.

The enlargement of time will not alter the date of any other event or any deadline already fixed by Court order.

The reason for this Stipulation is that the parties have nearly completed a settlement in this action. The parties are currently awaiting underwriting approval by one of the defendants which, if given, should allow the completion of the settlement of this action. As a result, the parties make the above stipulation in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

Dated: October 5, 2005                       DAVIS WRIGHT TREMAINE LLP

                                             By: _____
                                             MARTIN L. FINEMAN
                                             JOSEPH E. ADDIEGO III
                                             Attorneys for Defendant GE
                                             Commercial Finance Business Property
                                             Corporation formerly known as
                                             General Electric Capital Business Asset
                                             Funding Corporation and erroneously

```
 1                                        sued herein as General Electric Capital
                                          Asset Funding Corporation
 2
                                          JENNER & BLOCK LLP
 3                                        Robert L. Graham (pro hac vice)
                                          Steven M. Siros (pro hac vice)
 4                                        Patricia L. Boye-Williams (pro hac vice)
                                          Telephone: 312 222-9350
 5                                        Facsimile: 312 840-8731

 6
                                          BARGER & WOLEN LLP
 7

 8   Dated: October __, 2005
                                          By:_____
 9                                           GAIL E. COHEN
                                             DAVID C. PARK
10                                           Attorneys for Defendant American
                                             International Group, Inc. and Commerce
11                                           and Industry Insurance Company

12   Dated: October 5, 2005                PEREZ & MILLER
```

**ORDER**

The above Stipulation and [Proposed] Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

Dated: October ___, 2005

```
                                          _____
                                          The Honorable Samuel Conti
                                          Judge of the U.S. District Court
                                          Northern District of California
```

By:_____
   RICHARD L. PEREZ
   Attorneys for Plaintiffs

|   |   |
|---|---|
|   | sued herein as General Electric Capital Asset Funding Corporation |
|   | **JENNER & BLOCK LLP**<br>Robert L. Graham (*pro hac vice*)<br>Steven M. Siros (*pro hac vice*)<br>Patricia L. Boye-Williams (*pro hac vice*)<br>Telephone: 312 222-9350<br>Facsimile: 312 840-8731 |
|   | **BARGER & WOLEN LLP** |
| Dated: October 5, 2005 | By: _____<br>GAIL E. COHEN<br>DAVID C. PARK<br>Attorneys for Defendant American International Group, Inc. and Commerce and Industry Insurance Company |
| Dated: October __, 2005 | **PEREZ & MILLER** |
|   | By: _____<br>RICHARD L. PEREZ<br>Attorneys for Plaintiffs |

## ORDER

The above Stipulation and [Proposed] Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

Dated: October 6, 2005

IT IS SO ORDERED
Judge Samuel Conti

The Honorable
Judge
Northern District of California

3
STIPULATION TO EXTEND THE TIME IN WHICH PARTIES MAY MEET AND CONFER