Gail E. Cohen (093210)
David C. Park (123210)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
American International Group, Inc. and
Commerce and Industry Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.: C 05 2672 SC<br><br>Honorable Samuel Conti<br><br>**STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>[L.R. 6-1(a)]<br><br>Complaint Filed: June 1, 2005 |

j:\office2\29073\059\05pleadings\usdc-stip to extend time2 respond4.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants American International Group, Inc. ("AIG") and Commerce and Industry Insurance Company ("CIIC") that AIG and CIIC will have a ten-day extension up to and including November 3, 2005, in which to respond to Plaintiffs' Complaint in the above-captioned action. The enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

The reason for this Stipulation, to extend the time within which to answer or otherwise respond to the Complaint, is that the parties have nearly completed a settlement in this action. The parties are currently awaiting a final agreement on the terms of underwriting approval by one of the defendants which, if completed, should complete the settlement of this action. Moreover, settlement can not be completed at this time because Richard Perez, counsel for Plaintiffs, who has primary responsibility over this matter, is currently on vacation overseas. As a result, the parties wish to avoid any unnecessary law and motion and any waste of judicial resources.

Dated: October 25, 2005    BARGER & WOLEN LLP

By: 
GAIL E. COHEN
DAVID C. PARK
Attorneys for Defendants American International Group, Inc. and Commerce and Industry Insurance Company

IT IS SO ORDERED
Judge Samuel Conti
10/26/05

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

| | |
|---|---|
| 1  Dated: October 25, 2005 | PEREZ & MILLER |
| 2 | |
| 3 | By: _____ |
| 4 | JEFFREY A. MILLER |
|   | Attorneys for Plaintiffs |

(Lines 5–28 blank)

-3-

STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC. AND COMMERCE AND INDUSTRY INSURANCE COMPANY ARE TO RESPOND TO PLAINTIFFS' COMPLAINT

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800