```
 1  MARTIN L. FINEMAN (California State Bar No. 1044130)
    JOSEPH E. ADDIEGO III (California State Bar No. 169522)
 2  DAVIS WRIGHT TREMAINE LLP
    One Embarcadero Center, Suite 600
 3  San Francisco, CA 94111-3611
    Telephone:  415 276-6515
 4  Facsimile:  415 276-6599
    E-mail:  martinfineman@dwt.com
 5           joeaddiego@dwt.com

 6  ROBERT L. GRAHAM (pro hac vice)
    STEVEN M. SIROS (pro hac vice)
 7  PATRICIA L. BOYE-WILLIAMS (pro hac vice)
    JENNER & BLOCK LLP
 8  One IBM Plaza
    Chicago, IL 60611
 9  Telephone:  312 222-9350
    Facsimile:  312 527-0484
10  E-mail:  rgraham@jenner.com
             ssiros@jenner.com
11           pboye-williams@jenner.com
```

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI,<br><br>            Plaintiffs,<br>     vs.<br><br>GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br>            Defendants. | CASE NO.  C 05 2672 SC<br><br>Honorable Samuel Conti<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME IN WHICH PARTIES MAY MEET AND CONFER AND COMPLETE DISCLOSURES PURSUANT TO RULE 26(f) AND CONFER PURSUANT TO RULE 26(f)**<br><br>[L.R. 6-1 (b) and 6-2]<br><br>Complaint Filed:  June 1, 2005 |

Pursuant to Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, and as further amended pursuant to Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on October 6, 2005, be modified as follows:

1. Each party shall have up to and including November 3, 2005 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and in which to file and serve ADR certification.

2. Each party shall have up to and including November 7, 2005 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by November 10, 2005.

The enlargement of time will not alter the date of any other event or any deadline already fixed by Court order.

The reason for this Further Stipulation is that the parties have nearly completed a settlement in this action. The parties are currently awaiting underwriting approval by one of the defendants which, if given, should allow the completion of the settlement of this action. As a result, the parties make the above stipulation in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

| | | |
|---|---|---|
| 1 | Dated: October 31, 2005 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | |
| 3 | | By: /s/ Martin E. Fineman |
| | | MARTIN L. FINEMAN |
| 4 | | JOSEPH E. ADDIEGO III |
| | | Attorneys for Defendant GE |
| 5 | | Commercial Finance Business Property |
| | | Corporation formerly known as |
| 6 | | General Electric Capital Business Asset |
| | | Funding Corporation and erroneously |
| 7 | | sued herein as General Electric Capital |
| | | Asset Funding Corporation |

JENNER & BLOCK LLP
Robert L. Graham (*pro hac vice*)
Steven M. Siros (*pro hac vice*)
Patricia L. Boye-Williams (*pro hac vice*)
Telephone: 312 222-9350
Facsimile: 312 840-8731


BARGER & WOLEN LLP

Dated: October __, 2005

By:_____
GAIL E. COHEN
DAVID C. PARK
Attorneys for Defendant American
International Group, Inc. and Commerce
and Industry Insurance Company

Dated: October 31, 2005      PEREZ & MILLER

By:_____
RICHARD L. PEREZ
Attorneys for Plaintiffs

```
 1  Dated: October __, 2005                DAVIS WRIGHT TREMAINE LLP
 2
 3                                          By:_____
                                                MARTIN L. FINEMAN
 4                                              JOSEPH E. ADDIEGO III
                                                Attorneys for Defendant GE
 5                                              Commercial Finance Business Property
                                                Corporation formerly known as
 6                                              General Electric Capital Business Asset
                                                Funding Corporation and erroneously
 7                                              sued herein as General Electric Capital
                                                Asset Funding Corporation
 8                                          JENNER & BLOCK LLP
                                            Robert L. Graham (pro hac vice)
 9                                          Steven M. Siros (pro hac vice)
                                            Patricia L. Boye-Williams (pro hac vice)
10                                          Telephone: 312 222-9350
                                            Facsimile: 312 840-8731
11
12                                          BARGER & WOLEN LLP
13  Dated: October 31, 2005
                                            By:_____
14                                              GAIL E. COHEN
                                                DAVID C. PARK
15                                              Attorneys for Defendant American
                                                International Group, Inc. and Commerce
16                                              and Industry Insurance Company
17
    Dated: October __, 2005                 PEREZ & MILLER
18
19
                                            By:_____
20                                              RICHARD L. PEREZ
                                                Attorneys for Plaintiffs
21
```

## ORDER

The above Further Stipulation and [Proposed] Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

Dated: November  3 , 2005



_____
The Honorable Samuel Conti
Judge of the U.S. District Court
Northern District of California