| | |
|---|---|
| 1 | MARTIN L. FINEMAN (California State Bar No. 1044130) |
|   | JOSEPH E. ADDIEGO III (California State Bar No. 169522 |
| 2 | DAVIS WRIGHT TREMAINE LLP |
|   | One Embarcadero Center, Suite 600 |
| 3 | San Francisco, CA 94111-3611 |
|   | Telephone: 415 276-6515 |
| 4 | Facsimile: 415 276-6599 |
|   | E-mail: martinfineman@dwt.com |
| 5 | joeaddiego@dwt.com |
| 6 | ROBERT L. GRAHAM (*pro hac vice*) |
|   | STEVEN M. SIROS (*pro hac vice*) |
| 7 | PATRICIA L. BOYE-WILLIAMS (*pro hac vice*) |
|   | JENNER & BLOCK LLP |
| 8 | One IBM Plaza |
|   | Chicago, IL 60611 |
| 9 | Telephone: 312 222-9350 |
|   | Facsimile: 312 527-0484 |
| 10 | E-mail: rgraham@jenner.com |
|    | ssiros@jenner.com |
| 11 | pboye-williams@jenner.com |

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI, <br><br>Plaintiffs, <br>vs. <br><br>GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50 inclusive, <br>Defendants. | CASE NO. C 05 2672 SC <br><br>Honorable Samuel Conti <br><br>**SECOND FURTHER STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME IN WHICH PARTIES MAY MEET AND CONFER AND COMPLETE DISCLOSURES PURSUANT TO RULE 26(f) AND CONFER PURSUANT TO RULE 26(f)** <br><br>[L.R. 6-1 (b) and 6-2] <br><br>Complaint Filed: June 1, 2005 |

SECOND FURTHER STIPULATION TO EXTEND THE TIME IN WHICH PARTIES MAY MEET AND CONFER

Pursuant to Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, and as further amended pursuant to the (1) Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on October 6, 2005, and (2) Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 3, 2005 ("Stipulations") be modified as follows:

1. Each party shall have up to and including November 10, 2005 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and in which to file and serve ADR certification.

2. Each party shall have up to and including November 10, 2005 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by November 10, 2005.

The enlargement of time will not alter the date of any other event or any deadline already fixed by Court order.

The reason for this Further Stipulation is that the parties have nearly completed a settlement in this action. The parties have reached agreement with respect to most of the major points required for settlement. The parties continue to negotiate a few remaining details of the settlement of this action. As a result, the parties make the above stipulation in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

Dated: November 7, 2005                    DAVIS WRIGHT TREMAINE LLP

By: _____
    MARTIN L. FINEMAN
    JOSEPH E. ADDIEGO III
    Attorneys for Defendant GE
    Commercial Finance Business Property
    Corporation formerly known as
    General Electric Capital Business Asset
    Funding Corporation and erroneously
    sued herein as General Electric Capital
    Asset Funding Corporation

JENNER & BLOCK LLP
Robert L. Graham (*pro hac vice*)
Steven M. Siros (*pro hac vice*)
Patricia L. Boye-Williams (*pro hac vice*)
Telephone: 312 222-9350
Facsimile: 312 840-8731


                                                   BARGER & WOLEN LLP

Dated: November __, 2005

By: _____
    GAIL E. COHEN
    DAVID C. PARK
    Attorneys for Defendant American
    International Group, Inc. and Commerce
    and Industry Insurance Company

Dated: November 7, 2005                    PEREZ & MILLER

By: _____
    RICHARD L. PEREZ
    Attorneys for Plaintiffs

3
SECOND FURTHER STIPULATION TO EXTEND THE TIME IN WHICH PARTIES MAY MEET AND CONFER

1
2   Dated: November __, 2005                    DAVIS WRIGHT TREMAINE LLP
3
4                                               By:_____
                                                    MARTIN L. FINEMAN
5                                                   JOSEPH E. ADDIEGO III
                                                    Attorneys for Defendant GE
6                                                   Commercial Finance Business Property
                                                    Corporation formerly known as
7                                                   General Electric Capital Business Asset
                                                    Funding Corporation and erroneously
8                                                   sued herein as General Electric Capital
                                                    Asset Funding Corporation
9
                                                JENNER & BLOCK LLP
10                                              Robert L. Graham (*pro hac vice*)
                                                Steven M. Siros (*pro hac vice*)
11                                              Patricia L. Boye-Williams (*pro hac vice*)
                                                Telephone: 312 222-9350
12                                              Facsimile: 312 840-8731
13
                                                BARGER & WOLEN LLP
14  Dated: November 7, 2005
15                                              By:_____
                                                    GAIL E. COHEN
16                                                  DAVID C. PARK
                                                    Attorneys for Defendant American
17                                                  International Group, Inc. and Commerce
                                                    and Industry Insurance Company
18
19  Dated: November __, 2005                    PEREZ & MILLER
20
21                                              By:_____
                                                    RICHARD L. PEREZ
22                                                  Attorneys for Plaintiffs
23
24
25
26
27
28

## ORDER

The above Further Stipulation and [Proposed] Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

Dated: November 9, 2005



The Honorable Samuel Conti
Judge of the U.S. District Court
Northern District of California