1  MARTIN L. FINEMAN (California State Bar No. 1044130)
   JOSEPH E. ADDIEGO III (California State Bar No. 169522)
2  DAVIS WRIGHT TREMAINE LLP
   One Embarcadero Center, Suite 600
3  San Francisco, CA 94111-3611
   Telephone: 415 276-6515
4  Facsimile: 415 276-6599
   E-mail: martinfineman@dwt.com
5          joeaddiego@dwt.com

6  ROBERT L. GRAHAM (*pro hac vice*)
   STEVEN M. SIROS (*pro hac vice*)
7  PATRICIA L. BOYE-WILLIAMS (*pro hac vice*)
   JENNER & BLOCK LLP
8  One IBM Plaza
   Chicago, IL 60611
9  Telephone: 312 222-9350
   Facsimile: 312 527-0484
10 E-mail: rgraham@jenner.com
           ssiros@jenner.com
11         pboye-williams@jenner.com

12 Attorneys for Defendant
   GE Commercial Finance Business Property
13 Corporation formerly known as
   General Electric Capital Business Asset
14 Funding Corporation and erroneously
   sued herein as General Electric Capital
15 Asset Funding Corporation

16                    IN THE UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI, <br><br>          Plaintiffs, <br>     vs. <br><br> GENERAL ELECTRIC CAPITAL ASSET | CASE NO.  C 05 2672 SC <br><br> Honorable Samuel Conti <br><br> STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING CONTINUANCE OF NOVEMBER 18, 2005 INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING EXECUTION OF FORMAL FINAL SETTLEMENT AGREEMENT <br><br> [Civil L.R. 16-2(e) and 7-12] <br><br> Complaint Filed:  June 1, 2005 |

---

1
STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT

| | |
|---|---|
| FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Local Rules 16-2(E) and 7-12 of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current Initial Case Management Conference set for November 18, 2005 be continued January 6, 2006.

The parties further stipulate and request of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, and as further amended pursuant to the (1) Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on October 6, 2005, (2) Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 3, 2005 ("Stipulations"), and (3) Second Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 9, 2005 ("Stipulations") be modified as follows:

　　1. Each party shall have up to and including December 30, 2005 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and

discovery plan and in which to file and serve ADR certification.[1]

2. Each party shall have up to and including December 30, 2005 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by December 30, 2005.

The reason for this Stipulation and requests is that the parties have agreed in principle to a settlement of this action and desire relief from the Initial CMC and these case management deadlines to allow sufficient time to finalize the settlement in writing in a formal settlement agreement. As a result, the parties make the above stipulation and request for continuance of the Initial CMC and related deadlines in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

Respectfully Submitted,

---

[1] Note: Defendant GE already filed its ADR Certification November 3, 2005.

| | | |
|---|---|---|
| 1 | Dated: November __, 2005 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | |
| 3 | | By:_____ |
| | | MARTIN L. FINEMAN |
| | | JOSEPH E. ADDIEGO III |
| 4 | | Attorneys for Defendant GE |
| 5 | | Commercial Finance Business Property Corporation formerly known as |
| | | General Electric Capital Business Asset |
| 6 | | Funding Corporation and erroneously |
| | | sued herein as General Electric Capital |
| 7 | | Asset Funding Corporation |
| 8 | | JENNER & BLOCK LLP |
| | | Robert L. Graham (*pro hac vice*) |
| 9 | | Steven M. Siros (*pro hac vice*) |
| | | Patricia L. Boye-Williams (*pro hac vice*) |
| 10 | | Telephone: 312 222-9350 |
| 11 | | Facsimile: 312 840-8731 |
| 12 | | |
| | | BARGER & WOLEN LLP |
| 13 | Dated: November 16, 2005 | |
| 14 | | By: /s/ |
| | | GAIL E. COHEN |
| 15 | | DAVID C. PARK |
| | | Attorneys for Defendant American |
| 16 | | International Group, Inc. and Commerce |
| | | and Industry Insurance Company |
| 17 | | |
| 18 | Dated: November __, 2005 | PEREZ & MILLER |
| 19 | | |
| 20 | | By:_____ |
| | | RICHARD L. PEREZ |
| 21 | | Attorneys for Plaintiffs |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: November 16, 2005 | DAVIS WRIGHT TREMAINE LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| | | MARTIN L. FINEMAN |
| 4 | | JOSEPH E. ADDIEGO III |
| | | Attorneys for Defendant GE |
| 5 | | Commercial Finance Business Property Corporation formerly known as |
| 6 | | General Electric Capital Business Asset Funding Corporation and erroneously |
| 7 | | sued herein as General Electric Capital Asset Funding Corporation |
| 8 | | JENNER & BLOCK LLP |
| | | Robert L. Graham (*pro hac vice*) |
| 9 | | Steven M. Siros (*pro hac vice*) |
| | | Patricia L. Boye-Williams (*pro hac vice*) |
| 10 | | Telephone: 312 222-9350 |
| 11 | | Facsimile: 312 840-8731 |
| 12 | | BARGER & WOLEN LLP |
| 13 | Dated: November __, 2005 | |
| 14 | | By:_____ |
| | | GAIL E. COHEN |
| 15 | | DAVID C. PARK |
| | | Attorneys for Defendant American |
| 16 | | International Group, Inc. and Commerce and Industry Insurance Company |
| 17 | | |
| 18 | Dated: November 15, 2005 | PEREZ & MILLER |
| 19 | | |
| 20 | | By: *[signature]* |
| | | RICHARD L. PEREZ |
| 21 | | Attorneys for Plaintiffs |

### ORDER

The above Stipulation and [Proposed] Order Requesting Continuance of November 18, 2005 Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final Settlement Agreement is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 17, 2005

