1  MARTIN L. FINEMAN (California State Bar No. 1044130)
   JOSEPH E. ADDIEGO III (California State Bar No. 169522)
2  DAVIS WRIGHT TREMAINE LLP
   One Embarcadero Center, Suite 600
3  San Francisco, CA 94111-3611
   Telephone:  415 276-6515
4  Facsimile:  415 276-6599
   E-mail:  martinfineman@dwt.com
5           joeaddiego@dwt.com

6  ROBERT L. GRAHAM (*pro hac vice*)
   STEVEN M. SIROS (*pro hac vice*)
7  PATRICIA L. BOYE-WILLIAMS (*pro hac vice*)
   JENNER & BLOCK LLP
8  One IBM Plaza
   Chicago, IL 60611
9  Telephone:  312 222-9350
   Facsimile:  312 527-0484
10 E-mail:  rgraham@jenner.com
            ssiros@jenner.com
11          pboye-williams@jenner.com

12 Attorneys for Defendant
   GE Commercial Finance Business Property
13 Corporation formerly known as
   General Electric Capital Business Asset
14 Funding Corporation and erroneously
   sued herein as General Electric Capital
15 Asset Funding Corporation

16              **IN THE UNITED STATES DISTRICT COURT**

17              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18 PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER | CASE NO.  C 05 2672 SC |
| 19 ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, | |
| 20 LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S | Honorable Samuel Conti |
| 21 TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN | |
| 22 VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK | **SECOND STIPULATION AND [PROPOSED] ORDER REQUESTING** |
| 23 LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; | **CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND** |
| 24 ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT | **RELATED DEADLINES PENDING EXECUTION OF FORMAL FINAL** |
| 25 WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and | **SETTLEMENT AGREEMENT** |
| 26 SHAHNAM ZOMORRODI, | **[Civil L.R. 16-2(e) and 7-12]** |
| 27         Plaintiffs, | Complaint Filed:  June 1, 2005 |
|       vs. | |
| 28 | |
| GENERAL ELECTRIC CAPITAL ASSET | |

SECOND STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT
CHICAGO_1351243_2

| | |
|---|---|
| FUNDING CORPORATION, aka GE COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   Pursuant to Civil Local Rules 16-2(e) and 7-12, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current Initial Case Management Conference originally set for November 18, 2005 and continued to January 6, 2006 by Stipulation and Order be further continued to February 3, 2006.

   The parties further stipulate and request of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, and as further amended pursuant to the (1) Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on October 6, 2005, (2) Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 3, 2005 ("Stipulations"), (3) Second Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 9, 2005, and (4) Stipulation and Proposed Order Requesting Continuance of November 18, 2005 Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final Settlement Agreement signed by Judge Samuel Conti on November 17, 2005 ("Stipulations"),  be modified as follows:

   1. Each party shall have up to and including January 27, 2006 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and

SECOND STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT
CHICAGO_1351243_2

discovery plan and in which to file and serve ADR certification.[1]

2. Each party shall have up to and including January 27, 2006 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by January 27, 2006.

The reason for this Stipulation and requests is that the parties have agreed in principle to a settlement of this action and desire relief from the Initial CMC and these case management deadlines to allow sufficient time to finalize the settlement in writing in a formal settlement agreement. Although the parties had planned to have a complete written settlement agreement by this December 30, the process to finalize this agreement has taken longer than anticipated. As a result, the parties make the above stipulation and request for continuance of the Initial CMC and related deadlines in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

Respectfully Submitted,

---

[1] Note: Defendant GE already filed its ADR Certification November 3, 2005.

SECOND STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT
CHICAGO_1351243_2

1   Dated: December __, 2005                    DAVIS WRIGHT TREMAINE LLP

2

3                                               By:_____
                                                    MARTIN L. FINEMAN
                                                    JOSEPH E. ADDIEGO III
4                                                   Attorneys for Defendant GE
                                                    Commercial Finance Business Property
5                                                   Corporation formerly known as
                                                    General Electric Capital Business Asset
6                                                   Funding Corporation and erroneously
                                                    sued herein as General Electric Capital
7                                                   Asset Funding Corporation

8                                               JENNER & BLOCK LLP
                                                Robert L. Graham (*pro hac vice*)
9                                               Steven M. Siros (*pro hac vice*)
                                                Patricia L. Boye-Williams (*pro hac vice*)
10                                              Telephone: 312 222-9350
                                                Facsimile: 312 840-8731
11

12                                              BARGER & WOLEN LLP

13  Dated: December __, 2005

14                                              By:_____
                                                    GAIL E. COHEN
15                                                  DAVID C. PARK
                                                    Attorneys for Defendant American
16                                                  International Group, Inc. and Commerce
                                                    and Industry Insurance Company
17
    Dated: December 22, 2005                    PEREZ & MILLER
18

19

20                                              By:_____
                                                    RICHARD L. PEREZ
21                                                  Attorneys for Plaintiffs

22

23

24

25

26

27

28

SECOND STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT
CHICAGO_1351243_2

1 | Dated:  December 22, 2005

DAVIS WRIGHT TREMAINE LLP

2

3 | By:____/s/ *Joseph E. Addiego III*____
MARTIN L. FINEMAN
JOSEPH E. ADDIEGO III
4 | Attorneys for Defendant GE
Commercial Finance Business Property
5 | Corporation formerly known as
General Electric Capital Business Asset
6 | Funding Corporation and erroneously
sued herein as General Electric Capital
7 | Asset Funding Corporation

8 | JENNER & BLOCK LLP
Robert L. Graham (*pro hac vice*)
9 | Steven M. Siros (*pro hac vice*)
Patricia L. Boye-Williams (*pro hac vice*)
10 | Telephone: 312 222-9350
Facsimile: 312 840-8731

11

12 | BARGER & WOLEN LLP

13 | Dated:  December 22, 2005

14 | By: ____/s/ *Gail E. Cohen*____
GAIL E. COHEN
15 | DAVID C. PARK
Attorneys for Defendant American
16 | International Group, Inc. and Commerce
and Industry Insurance Company

17 | Dated:  December __, 2005

PEREZ & MILLER

18

19

20 | By:_____
RICHARD L. PEREZ
21 | Attorneys for Plaintiffs

22

23

24

25

26

27

28

4

SECOND STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT
CHICAGO_1351243_2

1

## ORDER

2       The above Stipulation and [Proposed] Order Requesting Continuance of Initial Case

3   Management Conference and Related Deadlines Pending Execution of Formal Final Settlement

4   Agreement is hereby adopted and approved by the Court.  The parties are ordered to comply with

5   this Order.

6       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

  Dated: ~~December ____, 2005~~

8         January 4, 2006

9



10

11

12

13

14

15

16       The Status Conference is continued from January 6, 2006 to February 10, 2006 at

17   10:00 A.M.

18

19

20

21

22

23

24

25

26

27

28

5

SECOND STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT
CHICAGO_1351243_2