MARTIN L. FINEMAN (California State Bar No. 1044130)
JOSEPH E. ADDIEGO III (California State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111-3611
Telephone:  415 276-6515
Facsimile:  415 276-6599
E-mail:  martinfineman@dwt.com
         joeaddiego@dwt.com

ROBERT L. GRAHAM (*pro hac vice*)
STEVEN M. SIROS (*pro hac vice*)
PATRICIA L. BOYE-WILLIAMS (*pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone:  312 222-9350
Facsimile:  312 527-0484
E-mail:  rgraham@jenner.com
         ssiros@jenner.com
         pboye-williams@jenner.com

Attorneys for Defendant
GE Commercial Finance Business Property
Corporation formerly known as
General Electric Capital Business Asset
Funding Corporation and erroneously
sued herein as General Electric Capital
Asset Funding Corporation

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI, | CASE NO.  C 05 2672 SC |
| | Honorable Samuel Conti |
| | **THIRD STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING EXECUTION OF FORMAL FINAL SETTLEMENT AGREEMENT** |
| | **[Civil L.R. 16-2(e) and 7-12]** |
| | Complaint Filed:  June 1, 2005 |
| Plaintiffs, | |
| vs. | |
| GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE | |

| | |
|---|---|
| COMMERCIAL FINANCE BUSINESS PROPERTY CORPORATION; AMERICAN INTERNATIONAL GROUP, INC.; COMMERCE & INDUSTRY INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil Local Rules 16-2(e) and 7-12, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current Initial Case Management Conference originally set for November 18, 2005 and continued to January 6, 2006 by Stipulation and Order, further continued to February 10, 2006 by Stipulation and Order and further continued by the Court to February 16, 2006 be further continued to April 14, 2006.

The parties further stipulate and request of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, and as further amended pursuant to the (1) Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on October 6, 2005, (2) Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 3, 2005, (3) Second Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 9, 2005, (4) Stipulation and Proposed Order Requesting Continuance of November 18, 2005 Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final Settlement Agreement signed by Judge Samuel Conti on November 17, 2005 and (5) Second Stipulation and Proposed Order Requesting Continuance of Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final

Settlement Agreement signed by Judge Samuel Conti on January 4, 2006 ("Stipulations"), be modified as follows:

1. Each party shall have up to and including April 7, 2006 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and in which to file and serve ADR certification.[1]

2. Each party shall have up to and including April 7, 2006 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by April 7, 2006.

The reason for this Stipulation and requests is that the parties have agreed in principle to a settlement of this action and desire relief from the Initial CMC and these case management deadlines to allow sufficient time to finalize the settlement in writing in a formal settlement agreement. Although the parties had planned to have a complete written settlement agreement by January 27, 2006, the process to finalize this agreement has taken longer than anticipated and the parties are continuing to work out minor discrepancies.  As a result, the parties make the above stipulation and request for continuance of the Initial CMC and related deadlines in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

Respectfully Submitted,

---

[1] Note: Defendant GE already filed its ADR Certification November 3, 2005.

THIRD STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT

Dated:  January 27, 2006                    DAVIS WRIGHT TREMAINE LLP


By: ___*/s/ Joseph E. Addiego III*___
    MARTIN L. FINEMAN
    JOSEPH E. ADDIEGO III
    Attorneys for Defendant GE
    Commercial Finance Business Property
    Corporation formerly known as
    General Electric Capital Business Asset
    Funding Corporation and erroneously
    sued herein as General Electric Capital
    Asset Funding Corporation

JENNER & BLOCK LLP
Robert L. Graham (*pro hac vice*)
Steven M. Siros (*pro hac vice*)
Patricia L. Boye-Williams (*pro hac vice*)
Telephone: 312 222-9350
Facsimile: 312 840-8731


BARGER & WOLEN LLP

Dated:  January 27, 2006


By: _____*/s/ Gail E. Cohen*_____
    GAIL E. COHEN
    DAVID C. PARK
    Attorneys for Defendant American
    International Group, Inc. and Commerce
    and Industry Insurance Company

Dated:  January 27, 2006                    PEREZ & MILLER


By: _____*/s/ Richard L. Perez*_____
    RICHARD L. PEREZ
    Attorneys for Plaintiffs

1

### <u>ORDER</u>

2
    The above Stipulation and [Proposed] Order Requesting Continuance of Initial Case

3
Management Conference and Related Deadlines Pending Execution of Formal Final Settlement

4
Agreement is hereby adopted and approved by the Court.  The parties are ordered to comply with

5
this Order.

6
    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7
Dated: January _2_, 2006          Over to April 28, 2006 at 10:00 A.M.

8

9

10
The U_____Conti

11
Judge_____ct Court
North_____ifornia



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THIRD STIPULATION AND ORDER REQUESTING CONTINUANCE OF INITIAL CMC PENDING FINAL SETTLEMENT