MARTIN L. FINEMAN (California State Bar No. 1044130)
JOSEPH E. ADDIEGO III (California State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, CA 94111-3611
Telephone:  415 276-6515
Facsimile:  415 276-6599
E-mail:  martinfineman@dwt.com
         joeaddiego@dwt.com

ROBERT L. GRAHAM (*pro hac vice*)
STEVEN M. SIROS (*pro hac vice*)
PATRICIA L. BOYE-WILLIAMS (*pro hac vice*)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone:  312 222-9350
Facsimile:  312 527-0484
E-mail:  rgraham@jenner.com
         ssiros@jenner.com
         pboye-williams@jenner.com

Attorneys for Defendant
GE Commercial Finance Business Property
Corporation formerly known as
General Electric Capital Business Asset
Funding Corporation and erroneously
sued herein as General Electric Capital
Asset Funding Corporation

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETROLEUM SALES, INC.; ISHAQ TRADING CORPORATION; SAMER ISHAQ; SAEID A. AMIRI; ANDARY'S ENTERPRISE, INC.; BETH ENTERPRISE, LLC; B.J.E.S. ENTERPRISES, INC.; SAYED EMRAN; A. GAVIOLA, INC.; WHITEY'S TBA INC.; HOOSHANG F. HADJIAN; SYLVIA DUONG HANG, INC.; DUBLIN VALERO, INC.; THUONG VAN LAM; LUU HLE LAM; LOC VAN LE; SONG DUCK LE; TRI PHAM; LAM PHAM; ABOLGHASSEM H. SHAHIDI; ANDRANIK SHAHKARAMI; HATO CORPORATION; LAM TRUONG; KENT WISEMAN; WARREN WISEMAN; AARON T. WONG; STANLY WONG; and SHAHNAM ZOMORRODI, <br><br>            Plaintiffs, <br>     vs. <br><br> GENERAL ELECTRIC CAPITAL ASSET FUNDING CORPORATION, aka GE | CASE NO.  C 05 2672 SC <br><br> Honorable Samuel Conti <br><br> **FOURTH STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PENDING EXECUTION OF FORMAL FINAL SETTLEMENT AGREEMENT** <br><br> **[Civil L.R. 16-2(e) and 7-12]** <br><br> Complaint Filed:  June 1, 2005 |

| | |
|---|---|
| 1<br>2<br>3<br>4 | COMMERCIAL FINANCE BUSINESS )<br>PROPERTY CORPORATION; AMERICAN )<br>INTERNATIONAL GROUP, INC.; )<br>COMMERCE & INDUSTRY INSURANCE )<br>COMPANY; and DOES 1 through 50 )<br>inclusive, )<br>    Defendants. ) |

  Pursuant to Civil Local Rules 16-2(e) and 7-12, it is hereby stipulated by and between Plaintiffs and Defendants GE Commercial Finance Business Property Corporation ("GE Capital"), American International Group, Inc. ("AIG"), and Commerce and Industry Insurance Company ("CIIC") that Plaintiffs, GE Capital, AIG, and CIIC (collectively, the "Parties") and requested of this Court that the current Initial Case Management Conference originally set for November 18, 2005 and continued to January 6, 2006 by Stipulation and Order, further continued to February 10, 2006 by Stipulation and Order, further continued by the Court to February 16, 2006 and further continued to April 28, 2006 by Stipulation and Order be further continued to May 19, 2006.

  The parties further stipulate and request of this Court that the current case management schedule, which was established in the June 29, 2005 Order Setting Initial Case Management Conference issued by Magistrate Judge Bernard Zimmerman, as amended by Judge Samuel Conti on July 27, 2005, and as further amended pursuant to the (1) Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on October 6, 2005, (2) Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 3, 2005, (3) Second Further Stipulation and Order to Extend the Time in Which Parties May Meet and Confer and Complete Disclosures Pursuant to Rule 26(f) and Confer Pursuant to Rule 26(f) signed by Judge Samuel Conti on November 9, 2005, (4) Stipulation and Proposed Order Requesting Continuance of November 18, 2005 Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final Settlement Agreement signed by Judge Samuel Conti on November 17, 2005, (5) Second Stipulation and Proposed Order Requesting Continuance of Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final

Settlement Agreement signed by Judge Samuel Conti on January 4, 2006, and (6) Third Stipulation and Proposed Order Requesting Continuance of Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final Settlement Agreement signed by Judge Samuel Conti on February 2, 2006 ("Stipulations"), be modified as follows:

1. Each party shall have up to and including May 5, 2006 in which to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan and in which to file and serve ADR certification.[1]

2. Each party shall have up to and including May 5, 2006 to complete initial disclosures or state objections in a Rule 26(f) Report, file/serve Case Management Statement, and file/serve Rule 26(f) Report.

3. The Parties shall meet and confer pursuant to Rule 26(f) by May 5, 2006.

The reason for this Stipulation and request is that the parties have finalized a settlement of this action and desire relief from the Initial CMC and these case management deadlines to allow sufficient time to obtain the signatures of all parties involved.  Although the parties had planned to have a complete signed settlement agreement by April 28, 2006, the process to finalize this agreement took longer than anticipated.  Now that the parties have reached agreement, they are in the process of obtaining the necessary signatures.  As a result, the parties make the above stipulation and request for continuance of the Initial CMC and related deadlines in an effort to preserve judicial resources and to avoid the potential unnecessary expenditure of time and resources in engaging in those items.

    Respectfully Submitted,

---

[1] Note: Defendant GE already filed its ADR Certification November 3, 2005.

| | |
|---|---|
| Dated:  April 7, 2006 | DAVIS WRIGHT TREMAINE LLP |

By:_____/s/ *Joseph E. Addiego III*_____
    MARTIN L. FINEMAN
    JOSEPH E. ADDIEGO III
    Attorneys for Defendant GE
    Commercial Finance Business Property
    Corporation formerly known as
    General Electric Capital Business Asset
    Funding Corporation and erroneously
    sued herein as General Electric Capital
    Asset Funding Corporation

JENNER & BLOCK LLP
Robert L. Graham (*pro hac vice*)
Steven M. Siros (*pro hac vice*)
Patricia L. Boye-Williams (*pro hac vice*)
Telephone: 312 222-9350
Facsimile: 312 840-8731


BARGER & WOLEN LLP

Dated:  April 7, 2006

By:_____/s/ *Gail E. Cohen*_____
    GAIL E. COHEN
    DAVID C. PARK
    Attorneys for Defendant American
    International Group, Inc. and Commerce
    and Industry Insurance Company

Dated:  April 7, 2006                    PEREZ & MILLER

By:_____/s/ *Richard L. Perez*_____
    RICHARD L. PEREZ
    Attorneys for Plaintiffs

**ORDER**

The above Stipulation and [Proposed] Order Requesting Continuance of Initial Case Management Conference and Related Deadlines Pending Execution of Formal Final Settlement Agreement is hereby adopted and approved by the Court.  The parties are ordered to comply with this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 10, 2006

