1  PEREZ & MILLER
   A Professional Corporation
2  RICHARD L. PEREZ (SBN 51981)
   3730 Mt. Diablo Boulevard, Suite 335
3  Lafayette, CA 94549
   Telephone: 925-284-7788
4  Facsimile: 925-284-7789

5  Attorneys for Plaintiffs.

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 PETROLEUM SALES, INC.; ISHAQ           )   NO. C05-02672 SC
   TRADING CORPORATION; SAMER ISHAQ;)         Before the Honorable Samuel Conti
12 SAHID A. AMIRI; ANDARY'S               )
   ENTERPRISE, INC.; BETH ENTERPRISE,     )   STIPULATION AND [PROPOSED]
13 LLC; B.J.E.S. ENTERPRISES, INC.; SAYED )   ORDER DISMISSING ACTION
   EMRAN; A. GAVIOLA, INC.; WHITEY'S      )
14 TBA, INC.; HOOSHANG F. HADJIAN;        )
   SYLVIA DUONG HANG, INC.; DUBLIN        )
15 VALERO, INC.; THUONG VAN LAM; LUU      )
   HLE LAM; LOC VAN LE; SONG DUCK LE;     )
16 TRI PHAM, LAM PHAM; ABOLGHASSEM        )
   H. SHAHIDI; ANDRANIK SHAHKARAMI;       )
17 HATO CORPORATION, LAM TRUONG;          )
   KENT WISEMAN; WARREN WISEMAN;          )
18 AARON T. WONG; STANLY WONG; and        )
   SHAHNAM ZOMORRODI;                     )
19                                        )
                     Plaintiffs,          )
20                                        )
   vs.                                    )
21                                        )
   GE COMMERCIAL FINANCE BUSINESS         )
22 PROPERTY CORPORATION, fka GENERAL      )
   ELECTRIC CAPITAL BUSINESS ASSET        )
23 FUNDING CORPORATION,                   )
   AMERICAN INTERNATIONAL GROUP,          )
24 INC.; COMMERCE & INDUSTRY              )
   INSURANCE COMPANY,                     )
25                                        )
                     Defendants.          )
26                                        )
27 _____)

28

Stipulation and [Proposed] Order Dismissing Action / Case No. C05-02672 SC                                    1

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

PEREZ & MILLER
A Professional Corporation

7  DATED: May 18, 2006

By _____
RICHARD L. PEREZ
Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP

12  DATED: May 25, 2006

By _____
JOSEPH E. ADDIEGO, III

Attorneys for Defendants, GE Commercial
Finance Business Property Corporation

BARGER & WOLEN LLP

18  DATED: May 19, 2006

By _____
GAIL E. COHEN

Attorneys for Defendants, American International
Group, Inc. and Commerce and Industry Insurance
Company

**ORDER**

IT IS SO ORDERED.

DATED: June 8, 2006

_____
HON. SA[...]
Judge Samuel Conti

*IT IS SO ORDERED* (stamp, signed)